**Opinion issued September 23, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00398-CV

————————————

## IN RE WEINGARTEN REALTY INVESTORS, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Weingarten Realty Investors filed a petition for writ of mandamus challenging the trial court's July 5, 2021 order granting in part the motion to compel filed by real parties in interest, Landry's Seafood Inn & Oyster Bar-Galveston, Inc. ("La Griglia") and Morton's of Chicago/Houston, Inc. ("Morton's").[1]  Weingarten also sought emergency relief.

---

[1]     The underlying case is *Landry's Seafood Inn & Oyster Bar-Galveston, Inc. and Morton's of Chicago/Houston, Inc. v. Weingarten Realty Investors and WRI/Post*

The Court granted the motion in part, staying the trial court's order, and requested a response. Real parties in interest, Landry's Seafood Inn & Oyster Bar-Galveston, Inc. Landry's LLC, Morton's of Chicago/Houston, Inc., and Morton's of Chicago, Inc., filed a response, and Weingarten filed a reply to the response.

We deny the petition. *See* TEX. R. APP. P. 52.8(a). The stay of the trial court's July 5, 2021 order is now lifted.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Rivas-Molloy.

---

*Oak, Inc.*, cause number 2020-34588, pending in the 151st District Court of Harris County, Texas, the Honorable Mike Engelhart presiding.